CO-386
10/2018

# United States District Court
# For the District of Columbia

Interfaith Alliance Foundation            )
                                          )
                                          )
                                          )
                          Plaintiff       )    Civil Action No. 25-cv
               vs                         )
U.S. Department of Justice, et al.        )
                                          )
                                          )
                          Defendant       )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Interfaith Alliance Foundation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Interfaith Alliance Foundation__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Anisha Hindocha
Signature

1725159
BAR IDENTIFICATION NO.

Anisha Hindocha
Print Name

P.O. Box 34553
Address

Washington        D.C.        20043
City              State       Zip Code

(202) - 448-9090
Phone Number