UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERFAITH ALLIANCE FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE et. al.,<br><br>    Defendants. | Civil Action No. 25-3746 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order (Jan. 7, 2026), Plaintiff Interfaith Alliance Foundation and Defendants the Department of Justice, Department of State, and the Department of Veterans Affairs, by and through their undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

**Department of Justice – CRT**

There are four CRT FOIA requests related to this litigation:

The May 30, 2025, request for information related to the organization, as well as guidance, directives and communications, of the Task Force to Eradicate Anti-Christian Bias ("Task Force") was assigned FOIA #25-00596-F. The search for these documents, as well as their review for responsiveness and withholdings has been completed. They are currently in consultation with other DOJ components and federal agencies with equities in these documents.

The September 15, 2025, request for information related to all records reflecting outputs, achievements, or actions taken by the Task Force was assigned FOIA #25-00796-F. The search for these documents has been completed, and they are currently being reviewed for responsiveness and withholdings.

The September 15, 2025, request for all electronic communications between Task Force members and a provided list of external domains was assigned FOIA #25-00797-F. The search for these documents has been completed, and they are currently being reviewed for responsiveness and withholdings.

The September 15, 2025, request for all calendar entries related to the Task Force was assigned FOIA #26-00037-F. The search for these documents has been completed, and they are currently being reviewed for responsiveness and withholdings.

In accordance with DOJ regulations[1], CRT processes requests in the order in which it receives them and were further delayed by the furlough of October/November 2025. CRT has placed an expedited priority on these requests and has communicated this with every DOJ component and federal agency it is in consultation with. Once reviewed and consultations with any other DOJ components and external federal agencies who have equities within these records, CRT proposes a production of documents on a rolling basis as they become ready for release. CRT expects to begin production of documents in late March 2026 or early April 2026.

After completing its search for all four requests, CRT has identified approximately 30,000 potentially responsive records. However, I.T. searches tend to cast a wide net to ensure inclusiveness of all elements of a request. The review for responsiveness is narrowing these records down considerably. Plaintiff is willing to confer with CRT about its searches and may consider narrowing measures in an effort to avoid an extended production schedule.

**FBI**

The FBI made its first and final release to Plaintiff on January 30, 2026, which consisted of 13 pages reviewed and 13 pages released.

---

[1] https://www.justice.gov/oip/oip-guidance/guidance-agency-foia-regulations

**State Department**

The State Department assigned search taskers to the Office of Civil Rights and Ombudsman (S/OCR) and the Executive Secretariat (S/ES). S/OCR has completed searches for records responsive to Plaintiff's request and did not locate any records responsive to Plaintiff's request. Plaintiff requested the State Department's search parameters on January 5, 2026.

S/ES completed its search for records responsive to Plaintiff's request. State plans to make its first production of potentially responsive pages on April 1, 2026, and every six weeks thereafter.

**VA**

VA has completed its search for records submitted to its "Anti-ChristianBiasReporting@va.gov." The parties agreed to narrow the scope of the search to only submissions to Anti-ChristianBiasReporting@va.gov received by email addresses ending in @va.gov. After narrowing in this manner, the search resulted in 7,115 pages. However, this number may also include duplicate emails that will be deduplicated as part of VA's processing of the documents.

VA made its first interim release of 618 (97 pages in full and 521 in part) pages to Plaintiff on February 20, 2026. VA will be able to make a production of 500 pages by the end of every month starting in April 2026.

*    *    *

The parties respectfully propose that they file an additional joint status report by May 5, 2026, to update the Court on the status of the FOIA requests.

Dated: March 5, 2026

 /s/ Anisha Hindocha
ANISHA HINDOCHA (D.C. Bar No. 1725159)
DANIEL ALEXANDER MCGRATH (D.C. Bar No. 1531723)
STEVEN Y. BRESSLER (D.C. Bar No. 482492)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Ahindocha@democracyforward.org
Dmcgrath@democracyforward.org
Sbressler@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 /s/      Robert J. Morris, II
ROBERT J. MORRIS, II
D.C. Bar #1719434
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2534
Robert.Morris@usdoj.gov

*Attorneys for the United States of America*