UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERFAITH ALLIANCE FOUNDATION,

Plaintiff,

v.

DEPARTMENT OF JUSTICE et. al.,

Defendants.

Civil Action No. 25-3746 (LLA)

## [PLAINTIFF'S PROPOSED] ORDER

In consideration of the parties' representations and positions in their May 5, 2026, Joint Status Report, it is hereby ORDERED that Defendant Department of Justice ("DOJ") process and produce to Plaintiff non-exempt portions of at least 500 pages of responsive records by July 1, 2026; and that DOJ process and produce non-exempt portions of the remainder of the responsive records by August 1, 2026.

[*IN THE ALTERNATIVE*] In consideration of the parties' representations and positions in their May 5, 2026, Joint Status Report, it is hereby ORDERED that Defendant Department of Justice ("DOJ") file a Defendants' status report by May 19, 2026, providing the following information:

1. Which executive branch components require consultation;
2. When records were sent to these components;
3. When the Department of Justice is requesting a response from the consulted entities;
4. Any response the components have provided indicating their timeline for response.

_____
Dated

_____
U.S. District Judge
Loren L. AliKhan