UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERFAITH ALLIANCE FOUNDATION,

Plaintiff,

v.

DEPARTMENT OF JUSTICE et. al.,

Defendants.

Civil Action No. 25-3746 (LLA)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order (May 14, 2026), Plaintiff Interfaith Alliance Foundation and Defendants the Department of Justice, Department of State, and the Department of Veterans Affairs, by and through their undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff has included a separate statement only with respect to the Department of Justice.

**Department of Justice – CRT**

There are four CRT FOIA requests related to this litigation. CRT made its first production of 96 pages on March 31, 2026. CRT made its second production of 397 pages on May 29, 2026.

After completing its search for all four requests, CRT has identified approximately 1,000 pages of responsive records. The responsive records are out for consultation or being prepped for consultation. In accordance with DOJ regulations[1], CRT processes requests in the order in which it receives them and were further delayed by the furlough of October/November 2025. CRT has placed an expedited priority on these requests and has communicated this with every DOJ

_____

[1] https://www.justice.gov/oip/oip-guidance/guidance-agency-foia-regulations

component and federal agency it is in consultation with. Once reviewed and consultations with any other DOJ components and external federal agencies who have equities within these records, CRT will produce documents on a rolling basis as they become ready for release.

On January 13, 2026, approximately 200 pages were sent for consultation on equities to 8 federal agencies and 5 DOJ components. These pages are overlapping as many agencies and DOJ components have equities on the same pages. All were made aware of the litigation status of the consultation, and the requested response date was February 13, 2026. All but 2 consultations have been returned. All of these consultations, including the still outstanding 2, contain Office of Information Policy (OIP) equities. Based on DOJ policy, all consultations from other agencies and DOJ components must be returned before being sent to OIP for consult.  Follow up was made on February 19, 2026, March 9, 2026, March 24, 2026, April 27, 2026, and May 21, 2026.

On January 14, 2026, approximately 630 pages were sent for consultation on equities to the White House, 5 federal agencies and 1 DOJ component. These pages are overlapping as many equities are on the same pages. All were made aware of the litigation status of the consultation, and the requested response date was February 17, 2026. All but 3 consults have been returned. 5 of the 7 consultations, including the 2 of the 3 outstanding consultations, have OIP equities and will need to go to OIP for consultation once returned. Follow up was made on February 19, 2026, March 9, 2026, March 24, 2026, April 27, 2026, and May 21, 2026.

On May 6, 2026, approximately 3 pages were sent for consultation on equities to a federal agency. The agency was made aware of the litigation status of the consultation, and the requested response date was June 4, 2026. This consult has been returned and does not require additional OIP consultation. These pages are being forwarded for final CRT Front Office review and approval for release.

On May 7, 2026, approximately 20 pages were sent for consultation on equities to the White House and 3 federal agencies. All were made aware of the litigation status of the consultation, and the requested response date was June 6, 2026. No consults have been returned as of the date of this filing.

On May 26, 2026, approximately 200 pages were sent to OIP for consultation. These are pages returned from other consultations that include OIP equities. OIP was made aware of the litigation status of the consultation, and the requested response date was June 30, 2026.

CRT is still preparing a few additional documents for consultation to the White House and OIP and is continuing to follow up on these outstanding consults. All consultations, once returned, must be approved by CRT's Front Office before production. As these agency and DOJ components have authority over prioritization of work within their own FOIA offices, CRT does not have much control over their response and thus cannot estimate exactly when all document productions will be final.

**FBI**

The FBI made its first and final release to Plaintiff on January 30, 2026, which consisted of 13 pages reviewed and 13 pages released.

**State Department**

The State Department assigned search taskers to the Office of Civil Rights and Ombudsman (S/OCR) and the Executive Secretariat (S/ES). S/OCR and S/ES completed searches for records responsive to Plaintiff's request. Plaintiff requested the State Department's search parameters on January 5, 2026.

State made its first production of potentially responsive pages on April 2, 2026. State made a production of responsive records to the Plaintiff on May 14, 2026. State anticipates making its next production on June 25, 2026.

**VA**

VA has completed its search for records submitted to its "Anti-ChristianBiasReporting@va.gov." The parties agreed to narrow the scope of the search to only submissions to Anti-ChristianBiasReporting@va.gov received by email addresses ending in @va.gov. After narrowing in this manner, the search resulted in 7,115 pages. However, this number may also include duplicate emails that will be deduplicated as part of VA's processing of the documents.

VA made its first interim release of 618 (97 pages in full and 521 in part) pages to Plaintiff on February 20, 2026. VA will be able to make a production of 500 pages by the end of every month starting in April 2026.  On April 29, 2026, VA made a second interim release of 468 pages (113 pages in full and 355 pages in part). The shortage in the release was due to severe ongoing glitches and problems with its FOIA processing platform. VA opted to process the production as it was instead of risking not being able to make it at all.  VA aims to produce the missing 32 pages next month in addition to its 500-page monthly production. On May 27, 2026, VA made a third interim release of 532 pages (143 pages in full and 389 pages in part).

The parties respectfully propose that they file an additional joint status report by July 29, 2026, to update the Court on the status of the FOIA requests.

\*        \*        \*

- 4 -

- 5 -

Dated: May 29, 2026

/s/ Anisha Hindocha
ANISHA HINDOCHA (D.C. Bar No. 1725159)
DANIEL ALEXANDER MCGRATH (D.C. Bar
No. 1531723)
STEVEN Y. BRESSLER (D.C. Bar No. 482492)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Ahindocha@democracyforward.org
Dmcgrath@democracyforward.org
Sbressler@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/      Robert J. Morris, II
  ROBERT J. MORRIS, II
  D.C. Bar #1719434
  Assistant United States Attorney
  601 D Street NW
  Washington, DC 20530
  (202) 252-2534
  Robert.Morris@usdoj.gov

*Attorneys for the United States of America*